**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 07-CV-13963

ONE MILLION SEVEN HUNDRED
THOUSAND DOLLARS ($1,700,000.00)
IN U.S. CURRENCY,

    Defendants *in Rem*.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY**

Upon the accompanying Motion of the United States for Entry of Order Staying Civil Forfeiture Proceedings [Dkt. # 12], and the Court being otherwise fully advised in the premises,

IT IS ORDERED that all proceedings in this civil forfeiture case shall be stayed until further order of the Court, without prejudice to either party to seek an advance termination or an extension of the stay; provided, however, that JPMorganChase shall be permitted to file a claim and answer in this matter, and that the parties shall be permitted to file an answer to the Motion to Amend Complaint filed on March 5, 2008 notwithstanding this stay order.

IT IS FURTHER ORDERED that the United States shall promptly inform the Claimants through their counsel of the culmination or termination of the criminal investigation, the criminal prosecution, or both.

IT IS FURTHER ORDERED that upon termination of the stay, the parties shall be afforded a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 11, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 11, 2008, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

| Approved as to form and substance: | Approved as to form only: |
|---|---|
| s/T. N. Ziedas | s/with consent of Philip J. Thomas, Esq. |
| T. N. Ziedas | Philip J. Thomas, Esq. |
| Assistant United States Attorney | Attorney for Claimants Abraham Nunu |
| 211 W. Fort St., Ste. 2001 | and Lina Matta |
| Detroit, Michigan 48226 | 15450 E. Jefferson Ave., Ste. 160 |
| (313) 226-9573 | Grosse Pointe Park, MI 48230 |
| peter.ziedas@usdoj.gov | (313) 821-2600 |
| [P34653] | Philipjthomas@aol.com |
| | [P31298] |